## Eleanor Binder, Appellee, v. Samuel Binder Appellant.

Gen. No. 45,636.

Samuel J. Andalman, for appellant; no appearance for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed November 5, 1951; released for publication November 20, 1951.